

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00001-CV

———————————————

MARIA PRUSAKOVA, Appellant

V.

ALEXANDER PEYKOFF, Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-365297-25

Before Sudderth, C.J.; Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On January 2, 2026, and January 14, 2026, we notified Appellant that we would dismiss this appeal unless she paid the filing fee.  *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3.  She has not done so.  Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  February 12, 2026